No. 80–848. PIPER AIRCRAFT CO. *v.* REYNO, PERSONAL REPRESENTATIVE OF THE ESTATES OF FEHILLY ET AL.; and

No. 80–883. HARTZELL PROPELLER, INC. *v.* REYNO, PERSONAL REPRESENTATIVE OF THE ESTATES OF FEHILLY ET AL. C. A. 3d Cir. [Certiorari granted, 450 U. S. 909.] Motion of petitioners for divided argument granted. Request for additional time for oral argument denied.

No. 80–885. NATIONAL LABOR RELATIONS BOARD *v.* HENDRICKS COUNTY RURAL ELECTRIC MEMBERSHIP CORP.; NATIONAL LABOR RELATIONS BOARD *v.* MALLEABLE IRON RANGE CO.; and

No. 80–1103. HENDRICKS COUNTY RURAL ELECTRIC MEMBERSHIP CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. [Certiorari granted, 450 U. S. 964.] Motion of American Federation of Labor and Congress of Industrial Organizations for leave to file a brief as *amicus curiae* granted.

No. 80–901. DONOVAN, SECRETARY OF LABOR *v.* DEWEY ET AL. D. C. E. D. Wis. [Probable jurisdiction noted *sub nom. Marshall* v. *Dewey,* 449 U. S. 1122.] Motion of appellant for leave to file a supplemental brief after argument granted.

No. 80–1430. ENGLE, CORRECTIONAL SUPERINTENDENT *v.* ISAAC; PERINI, CORRECTIONAL SUPERINTENDENT *v.* BELL; and ENGLE, CORRECTIONAL SUPERINTENDENT *v.* HUGHES. C. A. 6th Cir. [Certiorari granted, 451 U. S. 906.] Motion of respondent Howard Hughes for leave to proceed further herein *in forma pauperis* denied.

No. 80–1695. AIR LINE PILOTS ASSN., INTERNATIONAL *v.* PELAEZ DEL CASAL ET AL. C. A. 5th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 80–6645. IN RE GREEN. Petition for writ of mandamus denied.